IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHAN SOLOMON** | : | Civil No. 1:17-cv-02385 |
| Plaintiff, | : | |
| v. | : | |
| **FEDEX SUPPLY CHAIN, INC.** and **RAYMOND CORP.** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## ORDER

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT:**

(1) The motion for summary judgment (Doc. 33) filed by Defendant Fedex Supply Chain, Inc. is **GRANTED;**

(2) Plaintiff Bashan Solomon's negligence claims asserted against FedEx are **DISMISSED WITH PREJUDICE;**

(3) The Clerk of Court is **DIRECTED** to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: January 14, 2020

1